UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VOLDAVIA SMITH,

    Plaintiff,

v.    Case No: 8:22-cv-1916-KKM-JSS

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____

## ORDER

Following examination of this action, I recuse myself because the law firm Jones Day represents a party. *See* 28 U.S.C. § 455; Code of Conduct for United States Judges, Canon 3(C). Accordingly, the Clerk is directed to reassign this case to another District Judge.

**ORDERED** in Tampa, Florida, on August 23, 2022.

Kathryn Kimball Mizelle
United States District Judge